IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHAD WILLIAM LENSING                                                PLAINTIFF

     v.            Civil No. 12-2224

CAROLYN W. COLVIN[1], Commissioner
Social Security Administration                                       DEFENDANT

## J U D G M E N T

Now on this 13th day of January 2014, comes on for consideration the Report and Recommendation dated October 15, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas (doc. 15). Also before the Court are Plaintiff's objections (doc. 16).

The Court has reviewed this case *de novo*, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        HONORABLE ROBERT T. DAWSON
                                        UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin has been appointed to serve as acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

AO72A
(Rev. 8/82)